IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EDGAR WESTBROOK                                                                                          PLAINTIFF

v.                                                    Civil No. 4:20-cv-4071

GERALD MARKEL SANDERS and
CUSTOM TRANSPORTATION, LLC                                                                  DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Dismiss (ECF No. 11), which notifies the Court that the parties have resolved all issues in this case.  Upon consideration, the Court finds that the Motion to Dismiss (ECF No. 11) should be and hereby is **GRANTED**.  Accordingly, the trial scheduled for the week of November 29, 2021, is cancelled.  The above styled cause is **DISMISSED WITH PREJUDICE**, subject to the terms of the settlement agreement.  **IT IS ORDERED** that if any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment.

The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 22nd day of March, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge